

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

Alicia Gonzalez
*Special Assistant U.S. Attorney*

*970 Broad Street, Suite 700*      *main: (973) 645-2700*
*Newark, NJ 07102*                 *direct: (973) 645-2862*
*Alicia.Gonzalez@usdoj.gov*        *fax:   (973) 297-2010*

April 29, 2026

<u>**Via ECF**</u>
Honorable Georgette Castner, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   ***Perez Munoz v. Elizabeth Contract Detention Facility,*** **No. 26-4675 (GC)**
> **Response to ECF No. 3: Extension Request**

Dear Judge Castner:

This Office represents Respondents in this habeas matter brought by Petitioner, Katerin Munoz Perez, challenging her detention by U.S. Immigration and Customs Enforcement (ICE).  On April 29, 2026, at 9:00 a.m., this Court entered a Text Order, ECF No. 3, directing Respondents, in sum and substance, to release Petitioner from custody within forty-eight hours unless Respondents contend that Petitioner's case is legally distinguishable from the cases cited in the Court's Order or Petitioner has misrepresented her criminal history. In that case, the Court ordered that Respondents shall file an expedited answer within twenty-four hours of the time of entry of the Text Order, ECF No. 3. While Respondents admit that Petitioner is detained pursuant to the authority contained in 8 U.S.C. § 1225(b)(2)[1], ICE has

---

[1]      With respect to detention authority, Respondents do not contend that this matter is materially distinguishable from the many other recent cases in this District interpreting 8 U.S.C. § 1225(b)(2). *See Chen v. Soto*, No. 25-17198, 2025 WL 3527239 (D.N.J. Dec. 9, 2025); *see also, e.g.*, *Marca Lemu v. Soto*, No. 25-cv-17098 (RMB), 2025 WL 3470298 (D.N.J. Dec. 3, 2025); *Perez v. Lyons*, No. 25-cv-17186 (ESK), 2025 WL 3238540 (D.N.J. Nov. 19, 2025); *Ayala Amaya v. Bondi*, No. 25-16427 (ESK), 2025 WL 3033880 (D.N.J. Oct. 30, 2025); *Smit Patel v. Almodovar*, No. 25-15345 (SDW), 2025 WL 3012323 (D.N.J. Oct. 28, 2025); *Lomeu v. Lyons*, No. 25-16589 (EP), 2025 WL 2981296 (D.N.J. Oct. 23, 2025); *Contreras Maldonado v. Cabezas*, No. 25-13004 (JKS), 2025 WL 2985256, at *2 (D.N.J. Oct. 23, 2025); *Soto v. Soto*, No. 25-16200 (CPO), 2025 WL 2976572 (D.N.J. Oct. 22, 2025); *Castillo v. Lyons*, No. 25-16219 (MEF), 2025 WL 2940990 (D.N.J. Oct. 10, 2025); *Rivera Zumba v. Bondi*, No. 25-

advised that Petitioner may have misrepresented her criminal history to the Court. Specifically, ICE has informed this Office that there is reason to believe that Petitioner has a criminal history outside of the United States. However, substantiating this requires coordination with law enforcement agencies outside of the United States. Therefore, we respectfully request an extension of forty-eight hours, on or before May 2 at 9:00 a.m., to provide this Court with relevant documentation. Should Respondents receive that documentation, they expect to argue that a bond hearing, rather than release, is the appropriate remedy in this case. This Office requested Petitioner's counsel position regarding the Respondents request for an extension but was unable to obtain it at this time.

Thank you for your time and attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc:   Counsel of record (by ECF)

Respondents' extension request is granted. It is so ordered this 30th day of April, 2026.

GEORGETTE CASTNER, U.S.D.J.

14626 (KSH), 2025 WL 2753496 (D.N.J. Sept. 26, 2025), *appeal filed sub nom. Rivera Zumba v. U.S. Attorney Gen.*, No. 25-3328 (3d Cir. Dec. 2, 2025).